Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89125
Telephone: (702) 420-7000
jbraster@nblawnv.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHERYL BUTLER-ADAMS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC;<br><br>　　　　Defendants. | Case No. 2:24-cv-01058-APG-BNW<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF'S FIRST STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT** |

　　　　Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Cheryl Butler-Adams ("Plaintiff"), by and through their respective counsel of record, hereby submit this stipulation to extend the time for Experian to respond to Plaintiff's Complaint (ECF No. 1) pursuant to LR IA 6-1.

　　　　Plaintiff filed her Complaint on June 6, 2024, and currently, Experian's responsive pleading is due July 9, 2024. (ECF No. 1.) Experian has just retained counsel in this matter. The first extension will allow Experian an opportunity to investigate the facts of this case and to avoid the incurrence of additional attorneys' fees if this matter may be resolved after such investigation. Plaintiff and Experian stipulate and agree that Experian shall have an extension until July 30, 2024, to file its responsive pleading.

1   This is Experian's first request for an extension of time to respond to the Complaint and is
2   not intended to cause any delay or prejudice any party, but to permit Experian an opportunity to
3   more fully investigate the claims alleged.

4   **IT IS SO STIPULATED.**

5   DATED this 2nd day of July 2024.

7   NAYLOR & BRASTER                              CONSUMER ATTORNEYS

9   By: */s/ Jennifer L. Braster*                 By: */s/ Joseph Kanee*
        Jennifer L. Braster                               Michael Yancey III
10      Nevada Bar No. 9982                               Nevada Bar No. 16158
        10100 W. Charleston Blvd., Suite 120              Joseph Kanee (*pro hac vice forthcoming*)
11      Las Vegas, NV 89135                               2300 W. Sahara Avenue, Suite 800
                                                          Las Vegas, NV 89102
12  *Attorneys for Defendant*
    *Experian Information Solutions, Inc.*        *Attorneys for Plaintiff Cheryl Butler-Adams*

16  **IT IS SO ORDERED.**

18  Dated this   3   day of July 2024.

                                                  UNITED STATES MAGISTRATE JUDGE

- 2 -