Ari H. Marcus, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Fax: (732) 298-6256
Email: ari@marcuszelman.com
*PRO HAC VICE*
*Attorney for Plaintiff*
*Cheryl Butler- Adams*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **Cheryl Butler- Adams,**<br><br>Plaintiff,<br><br>-against-<br><br>**Experian Information Solutions, Inc., and Trans Union, LLC,**<br><br>**Defendants.** | Civil Case Number: 2:24-cv-01058-JCM-BNW |

**STIPULATION OF DISMISSAL
AS TO EXPERIAN INFORMATION SOLUTIONS, INC.**

Plaintiff Cheryl Butler-Adams and Defendant Experian Information Solutions, Inc. ("The Parties"), hereby stipulate to the Plaintiff's dismissal all claims against the remaining Defendant **EXPERIAN INFORMATION SOLUTIONS, INC.** in the above-captioned matter, with prejudice.

- 1 -
STIPULATION OF DISMISSAL AS TO EXPERIAN

- 2 -

The parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:     May 21, 2025

| /s/ Ari H. Marcus | /s/ Jennifer L Braster |
|---|---|
| Ari H. Marcus, Esq. | Jennifer L Braster, Esq. |
| Marcus & Zelman, LLC | Naylor & Braster |
| 701 Cookman Avenue, Suite 300 | 10100 W. Charleston Blvd |
| Asbury Park, NJ 07712 | Suite 120 |
| Tel: (732) 695-3282 | Las Vegas, NV 89135 |
| Email: ari@marcuszelman.com | Tel: (702) 420-7000 |
| *PRO HAC VICE* | Email: jbraster@naylorandbrasterlaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| *Cheryl Butler-Adams* | *Experian Information Solutions, Inc.* |

**ORDER**

**IT IS SO ORDERED**  May 23, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE